UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN THE MATTER OF AN APPLICATION OF THE
UNITED STATES OF AMERICA FOR AN ORDER
AUTHORIZING THE USE OF A PEN REGISTER     ORDER
AND A TRAP AND TRACE DEVICE ON WIRELESS
TELEPHONE BEARING TELEPHONE NUMBER     08 MC 594 (JO)
[REDACTED], SUBSCRIBED TO [REDACTED],
SERVICED BY [REDACTED].
------------------------------------------------------------------X

**JAMES ORENSTEIN, Magistrate Judge:**

On December 15, 2008, the government submitted under seal an application seeking authorization to install and use a pen register device, as well as two proposed orders: one authorizing the surveillance and one directed to the relevant provider of telecommunications service requiring it to provide certain assistance to the government in that regard. Each such document bears a caption that identifies the number of the subject telephone, the name and address of its subscriber, and the service provider. I respectfully direct the Clerk to maintain each document submitted by the government under seal, and to amend the caption of this matter as set forth above so as to allow the docket to be made available to the public without compromising the government's investigation. I further respectfully direct the Clerk to maintain under seal my Memorandum and Order dated December 15, 2008, which ruled on the government's application, and to file on the public docket a redacted version of the same order that does not include any information that would compromise the government's investigation.

    **SO ORDERED.**

Dated: Brooklyn, New York
     December 16, 2008

                                                      /s/ James Orenstein
                                                    JAMES ORENSTEIN
                                                    U.S. Magistrate Judge